IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Walter Clinton Batchelor, | ) | C/A No. 5:12-cv-2585 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Dr. Drago; *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above referenced matter is before this court upon the plaintiff's objection to the Magistrate Judge's Report and Recommendation. This objection was filed February 14, 2014, which was after the court prepared its order affirming the Magistrate Judge's Report and Recommendation (order filed February 6, 2014). The plaintiff was clearly apprized that his objection had to be filed within ten (10) days of the service of the Report and Recommendation which was filed on January 16, 2014. Plaintiff's objections had to be filed by February 3, 2014. It is therefore

**ORDERED** that the Report and Recommendation of the Magistrate Judge is **AFFIRMED**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

February 21, 2014
Charleston, South Carolina

*NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.